IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| RHONDA MITCHELL,<br><br>Plaintiff,<br><br>v.<br><br>SANOFI US SERVICES INC. *formerly known as* SANOFI-AVENTIS U.S. INC. and SANOFI-AVENTIS U.S. LLC,<br><br>Defendants. | CV 23-134-BLG-SPW-TJC<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Upon the Joint Stipulation of Dismissal (Doc. 15) with Prejudice filed by Plaintiff Rhonda Mitchell and Defendants,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice with each party to bear its own attorney's fees and costs.

DATED this 20th day of December, 2024.

SUSAN P. WATTERS
United States District Judge